May 19, 1978.

M. P. No. 78-123. IN RE: GLEN A. ANGER. Glen A. Anger is hereby directed to submit to the clerk of this court on or before Friday, May 26, 1978, a complete list of the clients represented by him. The clerk shall forthwith thereafter notify by mail the persons so listed, advising them that they may continue to engage Glen A. Anger as their attorney or elect to retain other counsel.

M. P. No. 78-163. WATCH HILL FIRE DISTRICT *et al. v.* HARRISON F. DAY *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. Petitioners' motion for a stay is denied. *Andrew H. Davis, Jr., Henry M. Swan,* for petitioners. *Nardone, Turo & Naccarato, Vincent J. Naccarato,* for respondents.